# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **Sonia Johnson,** | § § § § § § § § § § § § | Civil Action No. 2:18-cv-00102 |
| Plaintiff, | | |
| v. | | |
| **National Credit Adjusters, L.L.C.,** | | |
| Defendant. | | |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: July 11, 2018

BY: */s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2018, a true and correct copy of the foregoing pleading was served via ECF to the below:

National Credit Adjusters, L.L.C.
327 W 4th Street
PO Box 3023
Hutchinson KS 67504
Phone: (714) 782-0500

Dated: <u>July 11, 2018</u>                    BY: <u>*/s/ Amy L. Bennecoff Ginsburg*</u>
                                               Amy L. Bennecoff Ginsburg, Esquire
                                               Kimmel & Silverman, P.C.
                                               30 E. Butler Avenue
                                               Ambler, PA 19002
                                               Phone: (215) 540-8888
                                               Facsimile: (877) 788-2864
                                               Email: aginsburg@creditlaw.com
                                               Attorney for the Plaintiff