IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Sonia Johnson, § | |
|     Plaintiff, § | |
| § | Civil Action No. : 2:18-cv-00102 |
| v. § | |
| § | |
| National Credit Adjusters, L.L.C.,. § | |
| § | |
|     Defendant. § | |
| § | |
| § | |

### NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses the Complaint with prejudice.

Dated: August 21, 2018        BY: */s/ Amy L. Bennecoff Ginsburg*
                                                         Amy L. Bennecoff Ginsburg, Esquire
                                                         Kimmel & Silverman, P.C
                                                         30 East Butler Pike
                                                         Ambler, PA 19002
                                                         Phone: (215) 540-8888
                                                         Facsimile: (215) 540-8817
                                                         Email: aginsburg@creditlaw.com
                                                         Attorney for Plaintiff

**Certificate of Service**

     I hereby certify that on this 21st day of August, 2018, a true and correct copy of the foregoing pleading served via mail to the below:

National Credit Adjusters, L.L.C.
327 W 4th Street
PO Box 3023
Hutchinson KS 67504
Phone: (714) 782-0500

                                                 */s/ Amy L. Bennecoff Ginsburg*
                                                 Amy L. Bennecoff Ginsburg, Esquire
                                                 Kimmel & Silverman, P.C
                                                 30 East Butler Pike
                                                 Ambler, PA 19002
                                                 Phone: (215) 540-8888
                                                 Facsimile: (215) 540-8817
                                                 Email: aginsburg@creditlaw.com
                                                 Attorney for Plaintiff