United States District Court
Southern District of Texas
**ENTERED**
September 04, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SONIA JOHNSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-00102 |
| | § | |
| NATIONAL CREDIT ADJUSTERS, LLC, | § | |
| | § | |
| Defendant. | § | |
| | § | |

# ORDER

The Court has received Plaintiff's August 21, 2018 Notice of Voluntary Dismissal (Dkt. No. 9), in which she represents that she voluntarily dismisses this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff filed her notice before Defendant served an answer or a motion for summary judgment. *See* FED. R. CIV. P. 41(a)(1)(A)(i).

The Court therefore **VACATES** all settings and deadlines in the above-captioned case and **ORDERS** the Clerk of the Court to close the case.

SIGNED this 4th day of September, 2018.

_____
Hilda Tagle
Senior United States District Judge